No. 59257.—Breton Looms Co., Inc., and N. M. Albert Co., Inc., et al. *v.* United States, protests 224018–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of wearing apparel in chief value of silk similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585). the claim of the plaintiffs was sustained.